```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORBERTO PEETS                           :
                                         :   23cv6962 (DLC)
                      Plaintiff,         :
                                         :       ORDER
          -v-                            :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been determined that this action should be included in the Southern District of New York's Plan For Certain § 1983 Cases Plan (the "§ 1983 Plan"), it is hereby

ORDERED that the October 6, 2023 initial pretrial conference is adjourned <u>sine die</u>.

IT IS FURTHER ORDERED that counsel are to follow the procedures set forth in the "§ 1983 Plan".

Dated:   New York, New York
         October 3, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge