```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORBERTO PEETS                           :
                                         :         23cv6962 (DLC)
                 Plaintiff,              :
                                         :             ORDER
     -v-                                 :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' joint request to adjourn the initial pretrial conference, it is hereby

ORDERED that the February 8, 2024 pretrial conference is rescheduled to February 16, 2024 at 4:00 P.M. in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         February 2, 2024

_____
DENISE COTE
United States District Judge