

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

OMAR J. SIDDIQI
Senior Counsel
phone: (212) 356-2345
fax: (212) 356-3509
osdidiqi@law.nyc.gov

February 8, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

    Re:  *Peets v. City, et al.*
         23 Civ. 6962 (DLC)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. The parties write to respectfully request: (1) that the Court extend the period for the parties to complete mediation in this matter to March 8, 2024; and (2) that the Court adjourn the pretrial conference currently scheduled for February 16, 2024, until after mediation in this case is completed. The parties have conferred with the Mediator assigned to this matter, who does not oppose this request.

       The reason for the instant request is that defendants require additional time to evaluate this case in order to appear for a productive and meaningful mediation. The mediation is currently scheduled for February 13, 2024; the requested extension will allow Defendants to continue to assess this case and prepare for the mediation in a manner that will lead to a constructive negotiation. Should the Court grant this request, the defendants request that the pretrial conference be adjourned until after the mediation; should the mediation prove unsuccessful, they ask leave to file a status report including a request for an initial conference.

       For the reasons set forth herein, the parties respectfully request that the Court extend the time to complete mediation and adjourn the conference currently scheduled for February 16, 2024, until after mediation is complete.