```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORBERTO PEETS                           :
                                         :     23cv6962 (DLC)
                Plaintiff,               :
                                         :        ORDER
        -v-                              :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendants' request, it is hereby

    ORDERED that the February 16, 2024 pretrial conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access Code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
        February 13, 2024

                              _____
                                  DENISE COTE
                        United States District Judge