```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORBERTO PEETS,                          :
                                         :   23cv6962 (DLC)
                      Plaintiff,         :
                                         :   PRETRIAL
           -v-                           :   SCHEDULING ORDER
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on February 16, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Initial interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., may not be served after March 22, 2024.

2. All fact discovery must be completed by August 2, 2024.

3. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by September 13, 2024.  Defendants' identification of experts and disclosure of expert testimony must occur by October 11, 2024.

4. All discovery must be completed by November 1, 2024.

5. By October 25, 2024, defense counsel shall inform the Court by letter as to whether a motion for summary judgment is being made.

6. The Joint Pretrial Order must be filed by December 6, 2024.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of

law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:      New York, New York
            February 16, 2024

                                  _____
                                           DENISE COTE
                                  United States District Judge