UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NORBERTO PEETS,                        :
                                       :      23cv6962 (DLC)
                    Plaintiff,         :
                                       :      ORDER OF
         -v-                           :      DISCONTINUANCE
                                       :
CITY OF NEW YORK et al.,               :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by April 18, 2024.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          March 19, 2024

                                  _____
                                       DENISE COTE
                                  United States District Judge